AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

FILED
JOHN P. HEHMAN
CLERK

2014 JAN 23 PM 3: 10

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| In the Matter of the Search of | )
*(Briefly describe the property to be searched* | )
*or identify the person by name and address)* | )  Case No.   1 : 14 M J - 0 5 3
Priority Mail parcel postal tracking number 9114 9011 5981 8742 | )
6023 34, postmarked January 15, 2014, weighing 10 pounds 9 ounces, | )
addressed to Felicia Jones, 201 Wedgewood Drive, Cincinnati, OH | )
45217 with a return address of Hangar Prosthetics and Orthotics | )
Physical Therapy, 4659 Las Positas Rd, Livermore, CA 94551 | )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| *Code Section* | *Offense Description* |
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.

☐ Delayed notice \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  1/23/14

*Judge's signature*

City and state:  Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO           )
                        ) SS
COUNTY OF HAMILTON      )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE:  I am a United States Postal Inspector, having been so employed since March 2003.  I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana.  Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service.  As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances.  Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On January 10, 2014, your affiant contacted the St. Bernard Post Office, Cincinnati, Ohio regarding Express Mail parcel label number EH557356892US coming from northern California, a known drug source area. Your affiant learned that the parcel is addressed to Kandice Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Gifts and Candles, 855 Via Mariposa, San Leandro, CA 94578. The parcel is coming from a northern California; a known drug source location. Your affiant requested a copy of the Express Mail parcel label.

Your affiant knows that a federal search warrant was obtained for an Express Mail parcel addressed to Sarah Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Imperial Beauty Supply, 9411 Bolsa Ave Suite A, Westminster, CA 92683 in November 2013. The return address information on the parcel was legitimate. That parcel was found to contain more than 10 pounds of a substance that field tested positive for marijuana.

Your affiant requested the parcel be sent to her location for further investigation.

Your affiant did a check in Accurint on the return address of Express Mail parcel label number EH557356892US; 855 Via Mariposa, San Leandro, CA 94578. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, 855 Via Mariposa, San Leandro, CA 94578 does not exist.

On January 15, 2014, Express Mail parcel label number EH557356892US was delivered to the Postal Inspection Service office, Cincinnati, Ohio.

On January 15, 2014, your affiant was contacted by a supervisor at the St. Bernard Post Office regarding Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34 addressed to Felicia Jones, 201 Wedgewood Ave, Cincinnati, OH 45217 with a return address of Physicians Choice Medical Equipment (PCME), 909 W. Roseburg Ave, Modesto, CA 95350. Your affiant received a copy of the mailing label.

2

Your affiant did a check in Accurint on the return address of Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34; 909 W. Roseburg Ave, Modesto, CA 95350. According to Accurint, "Physicians Choice Medical Equipment" is associated with 909 W. Roseburg Ave, Modesto, CA 95350.

Your affiant requested the parcel be placed in a secure area for further investigation.

On January 17, 2014, your affiant was contacted by a supervisor at the St. Bernard Post Office regarding Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34 addressed to Felicia Jones, 201 Wedgewood Drive, Cincinnati, OH 45217 with a return address of Hanger Prosthetics and Orthotics Physical Therapy, 4659 Las Positas Rd, Livermore, CA 94551. Your affiant received a copy of the mailing label. The handwriting on the label is pictorially similar to Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34 coming from "Physicians Choice Medical Equipment". Your affiant requested the parcel be placed in a secure area for further investigation.

Your affiant did a check in Accurint on the return address of Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34; 4659 Las Positas Rd, Livermore, CA 94551. According to Accurint, "Hanger Prosthetics and Orthopedics" is associated with 4659 Las Positas Rd, Livermore, CA 94551. The sender addressed the return address with "Orthotics" not "Orthopedics".

On January 21, 2014, your affiant obtained Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34 and Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34. The parcels are packaged in the same size and type brown cardboard box with the postal service priority mail tape.

Your affiant knows that the names "Felicia Jones" and "Kandice Jones" are not associated with 201 Wedgewood Ave, Cincinati, Ohio 45217.

On January 22, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcels. Officer Sean Woods responded to the Cincinnati Postal Inspection

Service office, Cincinnati, Ohio where the parcels were placed in a separate controlled area and presented to narcotic canine, "Dozer". "Dozer" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EH557356892US. Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34 and Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

Parcel #1 is further identified as follows: a brown cardboard box 8" x 8" x 8" in size, bearing Express Mail parcel label number EH557356892US, weighing 1 pound 14 ounces, postmarked January 9, 2014; see address information below:

| | |
|---|---|
| **Sender:** | Gifts and Candles<br>855 Via Mariposa<br>San Leandro, CA 94578 |
| **Addressee:** | Kandice Jones<br>201 Wedgewood Ave<br>Cincinnati, OH 45217 |

Parcel #2 is further identified as follows: a brown cardboard box 16 1/2" x 12 3/4" x 12 5/8" in size, bearing Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34, weighing 10 pounds 10 ounces, postmarked January 13, 2014; see address information below:

| | |
|---|---|
| **Sender:** | Physicians Choice Medical Equipment (PCME)<br>909 W. Roseburg Ave<br>Modesto, CA 95350 |
| **Addressee:** | Felicia Jones<br>201 Wedgewood Dr<br>Cincinnati, OH 45217 |

Parcel #3 is further identified as follows: a brown cardboard box 16 1/2" x 12 3/4" x 12 5/8" in size, bearing Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34, weighing 10 pounds 9 ounces, postmarked January 15, 2014; see address information below:

**Sender:**    Hanger Prosthetics and Orthotics
Physical Therapy
4659 Las Positas Rd
Livermore, CA 94551

**Addressee:**    Felicia Jones
201 Wedgewood Drive
Cincinnati, OH 45217

This information, along with the positive alert of narcotic canine "Dozer" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in Express Mail parcel label number EH557356892US, Priority Mail parcel postal tracking number 9114 9011 5981 8938 9142 34 and Priority Mail parcel postal tracking number 9114 9011 5981 8742 6023 34 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 23 day of Jan. _____, 2014.

Honorable Stephanie K. Bowman
United States Magistrate Judge

5



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer __SEAN M. WOODS__, am and have been employed by

the __CINCINNATI POLICE DEPT__ since __1-00__. Among other duties, I am

currently the assigned handler of narcotics detection canine "__Dozer__" which

is trained and certified in the detection of the presence or odor of narcotics described as follows:

__HEROIN, METH, COCAINE, MARIJUANA__

On __1-22-14__, at the request of Postal Inspector K. O'Neill, I responded to

__Cincy Postal Inspectors office__, where "__Dozer__" did alert to and

indicate upon: [describe item]

__PM parcel 9114 9011 5981 8742 6023 34 addressed to__
__Felice Jones 201 Wedgewood Drive Cincinnati OH 45217__
__with a return address Hanger Prosthetics and Orthotics__
__Physical Therapy 4659 Las Positas Rd Livermore CA 94551__

Which, based upon my training and experience and that of "__Dozer__", indicates

there is contained within or upon the above described item, the presence or odor of a narcotic or

other controlled substance.

_(Signature)_ 1-22-14
(Signature and Date)

_(Signature)_ 1-22-14
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009